UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-9412 UA (RZ) | Date | JANUARY 9, 2015 |
|---|---|---|---|
| Title | SARA PLOWDEN v. THE BECK LAW FIRM | | |

| Present: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE |
|---|---|
| Beatrice Herrera | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   In Chambers – **DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On January 10, 2014, the Court denied *in forma pauperis* filing in this *pro se* civil rights case but gave the plaintiff 30 days to file an amended complaint. In the year since, she has not done so.

Accordingly, the Court DISMISSES the action without prejudice for failure to prosecute.

IT IS SO ORDERED.

                                                                                     :
                                          Initials of Preparer          bh